IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CARLOS ADRIAN ESPINOZA PEREIRA | § | |
| | § | |
| | § | |
| *Petitioner*, | § | |
| | § | No. 1:26-CV-02034-DAE |
| v. | § | |
| | § | |
| BLANCHE, *et al*., | § | |
| | § | |
| *Respondents*. | § | |

ORDER

On September 14, 2026, the Court entered an order granting Petitioner's Habeas Petition. (Dkt. # 8.) That Order was filed in error and is hereby **WITHDRAWN**. (Dkt. # 8.)

**IT IS SO ORDERED.**
**DATED:** Austin, Texas, September 14, 2026.



__________________________________
David Alan Ezra
Senior United States District Judge