IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CARLOS ADRIAN ESPINOZA PEREIRA, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | 1:26-CV-02034-DAE |
| | § | |
| VERGARA, *et al.*, | § | |
| | § | |
| *Defendants.* | § | |
| | § | |
| | § | |

**ORDER**

On September 14, 2026, the Court entered an order granting Petitioner's Habeas Petition. (Dkt. # 8.) That same morning, the Court issued an Order withdrawing the Order Granting Habeas Petition. (Dkt. # 9.) On September 17, 2026, Federal Respondents filed a Status Report indicating they released Petitioner in accordance with the Court's Order. (Dkt. # 10.)

In light of Respondents' status report, the Court clarifies that following the withdrawal of the September 14th Order, the Court's Order Granting Petitioner's Habeas Petition is vacated and has no legal effect. Accordingly, Petitioner remains subject to detention at the discretion of Federal Respondents and immigration authorities.

**IT IS SO ORDERED.**

**DATED**: September 18, 2026

____________________________________
David Alan Ezra
Senior United States District Judge